■ ARLENE KOPRA, Appellant, v JOHN M. AQUINO, D.P.M., et al., Respondents. (Appeal No. 2.) [748 NYS2d 79] —Appeal from an order of Supreme Court, Erie County (Martoche, J.), granted September 21, 2001, which denied plaintiff's motion to renew and to vacate judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same Memorandum as in *Kopra v Aquino* ([appeal No. 1] 298 AD2d 880). Present—Wisner, J.P., Hurlbutt, Scudder and Kehoe, JJ.